FILED
GREAT FALLS

2012 OCT 2 PM 1 07

PATRICK E. DUFFY, CLERK
BY _____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES C. ZANDER, DEBORAH R. ZANDER,<br><br>Defendants. | No. CV 12-59-GF-SEH<br><br>**ORDER** |

On August 28, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendation to Remand[1] in this matter. Defendants did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986).

---

[1] Docket No. 5.

-1-

However, this Court will review Judge Strong's Findings and Recommendation to Remand for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation to Remand and adopt them in full.

ORDERED:

This case is REMANDED to the Cascade County Justice Court, State of Montana for lack of jurisdiction.

DATED this 2nd day of October, 2012.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge