

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES C. ZANDER, DEBORAH R. ZANDER,<br><br>Defendants. | No. CV 12-59-GF-SEH<br><br>**ORDER** |

On August 28, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendation to Remand[1] in this matter. Defendants did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986).

---

[1] Docket No. 5.

However, this Court will review Judge Strong's Findings and Recommendation to Remand for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation to Remand and adopt them in full.

ORDERED:

This case is REMANDED to the Cascade County Justice Court, State of Montana for lack of jurisdiction.

DATED this 2nd day of October, 2012.

SAM E. HADDON
United States District Judge